1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM LIPE,

            Plaintiff,

    v.

UNITED STATES OF AMERICA; RAY
LORTON; and DOES 1 through 10,

            Defendants.

Case No. C06-5379KLS

**STIPULATION AND ORDER
CONTINUING MOTION AND FILING
OF ANSWER**

      IT IS HEREBY STIPULATED by and between the parties by and through their attorneys of

record that the motion of Defendant calendared for December 8, 2006 be continued to December 22,

2006 and that the time for Defendant to answer is extended pending the motion hearing.

STIPULATION AND ORDER TO CONTINUE
HEARING, ETC.
Case No. 06-5379

1

Karol A. Whealdon-Andrews
Anderson, Burns & Hostnik
6915 Lakewood Drive West, Suite A-1
Tacoma, WA  98467
253/475-4200

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

IT IS HEREBY ORDERED:

That the hearing on Defendants' Motion to Dismiss is continued to December 22, 2006 and that Defendants' obligation to file an Answer is extended pending the hearing on Defendants' Motion to Dismiss.

Done this 27th day of Novmeber, 2006

       /s/ Franklin D Burgess _____

The Honorable Franklin D. Burgess

Presented by:

**/s/ Karol A. Whealdon-Andrews**

Karol A. Whealdon-Andrews, WSBA # 28976

Anderson, Burns & Hostnik

6915 Lakewood Drive West, Suite A-1

Tacoma, WA  98467

(253) 475-4200

Karol@ABH-law.com

Counsel for William Lipe, Plaintiff

**/s/Patricia D. Gugin** _____

PATRICIA D. GUGIN, PABA#54927

Assistant United States Attorney

1201 Pacific Avenue, Suite 700

Tacoma, WA 98402-4305

Tel. (253)428-3832

Fax  (253)428-3826

Pat.gugin@usdoj.gov

Counsel for USA, Defendant

STIPULATION  AND  ORDER  TO  CONTINUE
HEARING, ETC.
Case No. 06-5379

2

Karol A. Whealdon-Andrews
Anderson, Burns & Hostnik
6915 Lakewood Drive West, Suite A-1
Tacoma, WA  98467
253/475-4200