UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| WILLIAM LIPE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED STATES OF AMERICA; RAY LORTON; and DOES 1 through 10,<br><br>　　　　　Defendants. | Case No. C06-5379KLS<br><br>**STIPULATION AND ORDER STRIKING MOTION AND EXTENDING TIME TO ANSWER** |

　　　　IT IS HEREBY STIPULATED by and between the parties by and through their attorneys of record that the motion for partial dismissal filed by Defendant and calendared for hearing on December 22, 2006 be withdrawn upon Plaintiff's filing of a Second Amended Complaint in the form previously submitted to counsel for Defendants.  Defendants shall have 30 days to respond to the Second Amended Complaint.

**ORDER**

　　　　IT IS HEREBY ORDERED:

　　　　That the hearing on Defendants' Motion to Dismiss scheduled for hearing on December 22,

STIPULATION AND ORDER TO CONTINUE HEARING, ETC.
Case No. 06-5379

1

Karol A. Whealdon-Andrews
Anderson, Burns & Hostnik
6915 Lakewood Drive West, Suite A-1
Tacoma, WA  98467
253/475-4200

2006 is stricken and Defendants shall have 30 days to respond to Plaintiff's Second Amended Complaint.

DATED this 21st day of December 2006.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

Presented by:

**/s/ Karol A. Whealdon-Andrews**
Karol A. Whealdon-Andrews, WSBA # 28976
Anderson, Burns & Hostnik
6915 Lakewood Drive West, Suite A-1
Tacoma, WA 98467
(253) 475-4200
Karol@ABH-law.com
Counsel for William Lipe, Plaintiff

**/s/Patricia D. Gugin**
PATRICIA D. GUGIN, PABA#54927
Assistant United States Attorney
1201 Pacific Avenue, Suite 700
Tacoma, WA 98402-4305
Tel. (253)428-3832
Fax (253)428-3826
Pat.gugin@usdoj.gov
Counsel for USA, Defendant

STIPULATION AND ORDER TO CONTINUE HEARING, ETC.
Case No. 06-5379

2

Karol A. Whealdon-Andrews
Anderson, Burns & Hostnik
6915 Lakewood Drive West, Suite A-1
Tacoma, WA 98467
253/475-4200

\\\LA - 090334/009784 - 268352 v1